**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jabarian Gacobe ELAM, Defendant–Appellant.**

**No. 07–40155**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2007.

Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Gary R. Bonneaux, Federal Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jabarian Gacobe Elam has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Elam has filed a response. The record is insufficiently developed to allow consideration at this time of Elam's claims of ineffective assistance of counsel. *See United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Elam's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Elam's motion to relieve counsel and appoint new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.